CINCINNATI BAR ASSOCIATION *v.* POSTON.

[Cite as *Cincinnati Bar Assn. v. Poston* (1992), 64 Ohio St.3d 22.]

(No. 92–458—Submitted April 15, 1992—Decided June 17, 1992.)

*Arthur Harmon, Edwin W. Patterson III* and *Paul Moran,* for relator.

*James N. Perry,* for respondent.

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.